**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STATE OF FLORIDA,                           CASE NO. 25-CR-20201-BLOOM

V.

                                            Hon. Beth Bloom

CHRISTIAN RODRIGUEZ,

        DEFENDANT.

_____/

## MOTION TO DISMISS INDICTMENT

THE DEFENDANT CHRISTIAN RODRIGUEZ, through the undersigned counsel moves this Honorable Court to DISMISS THE INDICTMENT [D.E. 3] pursuant to Fed. R. Cr. P. 12(b)(3)(B)(iii) and (v) for lacking specificity and failure state an offense; and 18 U.S.C. 3282(a) regarding the alleged offenses were indicted after the running of the five-year statute of limitations.

### Brief Summary

1. The dispute arises from a contract dispute wherein the alleged victim, Mr. Usman Sheikh, wired (allegedly) a company associated with the Defendant $1,000,000 as part of a $4.4 million deposit pledged to manufacture merchandise.

2. The manufacturer required the full deposit prior to delivery which the alleged victim failed to provide.  (See Ex.B).

3. The alleged victim demanded the deposit that he pledged with his own funds, despite failing to provide the balance due.

4. The manufacturer determined the deposit was forfeited and permitted the disbursement of the funds to the Defendant.

5. Sheikh filed suit through his corporate entity on Oct. 2, 2020.

1

### Issue

6. The Indictment [D.E. 3] fails to allege that any money or property was obtained by the false statement to support a conviction for Wire Fraud.

7. Secondly, if the alleged wire fraud is dismissed, the wire fraud cannot serve as a basis for the two counts of Money Laudering.

### Material Facts as Alleged

8. The Indictment [D.E. 3] was filed on May 2, 2025 alleging wire fraud and money laundering of the funds that were derived from the alleged wire Fraud.  However the wire fraud in Court I does not allege that any funds were obtained from a false representation.

9. The discovery reveals that $1,000,000 was voluntarily wired to an entity associated with the Defendant on April 24, 2025 (outside of the five-year statute of limitations).

10. According to the Government, the offense occurred on May 4, 2020 claiming that "Wire Fraud" occurred when the Defendant sent (allegedly) an email stating,  "Yes I will take care of it" in response to the alleged victim *requesting a refund* of the deposit sent on April 24 that was pledged to a manufacturer of merchandise that was not delivered.

11. The failure of the manufacturer to deliver was the direct result of the alleged victim failing to provide the balance of the total deposit required for delivery of the goods.

12. The Indictment alleges violations of "18 U.S.C. 1343 *and 2*" (See paragraph 10 of the Indictment).

13. There is no mention of how the alleged false statement of "Yes I will take care of it" serves as the basis for the two Money Laundering counts which unequivocally refer to the deposit that was forfeited prior to the expiration of the statute of limitations.

2

14. The matter was rightfully addressed as a civil matter in the civil court of the Eleventh Judicial Circuit of Florida back in 2020.

15. Additionally, any conduct alleging misrepresentations or false pretenses associated with the transfer of the one million dollars is beyond the applicable statute of limitations.

### **Rules**

16. Under Fed. R. Cr. P. 12(b)(3)(B)(iii) and (v) an indictment may be dismissed for lacking specificity and failing to state an offense.

17. 18 U.S.C. 1342 provides:

"Whoever, for the purpose of conducting, promoting, or carrying on by means of the Postal Service, any scheme or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than his own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this title or imprisoned not more than five years, or both."

18. There is no allegation contained in the Indictment [D.E. 3] to support any offense has occurred through the use of the Postal Service, with fictitious names or addresses.  It is unclear why the Government cites to s.1342 in its Count I: Wire Fraud, but any such offense is unsupported by the allegations.

19. 18 U.S.C. 1342 appears wholly inapplicable.

20. Regarding 18 U.S.C. s. 1343, the Code states:

"Whoever, having devised or intending to devise any scheme or artifice to defraud, **or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises**, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection

3

with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

## Analysis

### Count 1 Wire Fraud

21. The Indictment alleges that the one million dollars were transferred as part of a "Scheme and Artifice" on or about April 24, 2020 after an invoice was sent on April 20, 2020.  All events prior to May 2, 2020 are beyond the five-year limitation period authorized under 18 U.S.C. 3282.

22. After review of the voluminous discovery in the matter and meaningful dialogue with the Government, it was revealed that the April 20 and 24th events of sending an invoice for the forfeited deposit and funds derived thereafter are not the basis for the Count I: Wire Fraud.

23. Rather, the Government explained that the Defendant's alleged statement "Yes I will take care of it" was the allegedly fraudulent promise "to obtain money and property".

24. The statement appears in discovery but not in the Indictment.  (See Government's Bates Rodriguez 000041).  The email is attached as Ex. A.  A Bill of Particulars is pending for the Government to formally clarify the allegation.

25. However, no money or property was ever wired or even requested in response to the statement, "Yes I will take care of it".

26. The Government is required to allege and prove  that the statement "Yes I will take care of it" was made "for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals,

4

pictures, or sounds for the purpose of executing such scheme or artifice" to support a conviction for Wire Fraud.

27. The funds had already been wired and *Sheikh* had already breached the deposit terms according to the manufacturer when the email containing "Yes I will take care of it" was sent (allegedly). (See Government's Bates Rodriguez 000017) attached as Ex. B.

28. No funds (or property) were allegedly transferred or pledged on or about May 4th as indicated in the Indictment [D.E. 3, paragraph #10].

29. Clarity regarding what property was conveyed or fraudulently induced on or about May 4th is essential to prepare for the upcoming trial and is essential for the Government to meet its burden and establish a prima facie case.

30. The Government is required to allege what money or property was wired within the applicable four-year statute of limitation.

31. If the Government is unable to allege and prove that the Defendant "obtained money and property by means of materially false and fraudulent pretenses, on or about May 4th when the Defendant allegedly wrote, "Yes I will take care of it," then the count for Wire Fraud should be dismissed.

Counts 2 and 3: Money Laudering

32. The Second and Third Counts for Money Laudering should suffer the same fate as the Count for Wire Fraud.  Specifically, Money Laudering requires allegations and proof that a monetary transaction was derived from a specified unlawful activity (the wire fraud) and that the Defendant knowingly transferred the money thereafter.

33. 18 U.S.C. s. 1957(a) provides:

Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).

34. Should this Court (or the Government) dismiss the count for Wire Fraud, no specified unlawful activity is alleged to support a conviction for Money Laudering.

35. There is no allegation to support that the Defendant knowingly engaged in a transaction with funds derived from a specified unlawful activity.

36. As discussed supra, the transaction which occurred on April 24 was by all appearances a valid business transaction in which the funds pledged to the manufacturer of good were a deposit that was forfeited once the alleged victim failed to obtain the required balance for delivery. See Ex. B.

## CONCLUSION

37. The allegations for Wire Fraud based on a statement in an email indicating "Yes I will take care of it" are not alleged to have induced the payment of money or property (which had already been transferred over a week before the statement was made).

38. Since the allegedly emailed statement "Yes I will take care of it" is insufficient to support a conviction for the allegation of Wire Fraud, the required "specified unlawful activity" to support a conviction of the Money Laudering counts also requires dismissal.

WHEREFORE, it is hereby moved that the Indictment [D.E. 3] be dismissed.

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing served on the parties listed in the  service list upon filing in the CM/ECF system including: Mr. Timothy Farina, Timothy.Farina@usdoj.gov on this November 5, 2025.

Respectfully submitted,

/s/Matthew E. Ladd
Matthew E. Ladd, Esq., Fla. Bar. # 668151
Matthew E. Ladd, P.A.
4649 Ponce De Leon Blvd., Suite 301
Coral Gables, FL 33146
Ph: 305-665-3978/ C: 305-984-4649
MattLadd@MLLawMiami.com
Attorney for Defendant

# EXHIBIT A

9/19/2020                                                                  EMFI :: Re: EMFI - Return of Funds

| | |
|---|---|
| Subject | **Re: EMFI - Return of Funds** |
| From | Usman Sheikh <usman.sheikh@emfi.uk> |
| To | Christian Rodriguez <crodriguez@privatewealthcorp.com> |
| Cc | <bdavis@nlenergy.com> |
| Date | 2020-09-19 15:18 |



Chris,

This confirms our phone conversation of yesterday (18 September, 2020) in which you acknowledged owing EMFI a debt of over USD 1 million and offered to execute a promissory note in EMFI's favor. Please let me know if you want the note to be in the name of Private Wealth or your personal name please.

Separately, since you said that you're not going to pay back GMRA financing because of the value of PDVSA bonds, would you at least consider paying the USD 100,000 in arranging fee that you owe to EMFI? Either way, please keep your promise this time to send the money owed by Wednesday (23 September, 2020) because this is causing EMFI serious damage. Thank you.


Kind regards



EMFI Group Limited
25-26 Dering Street
Mayfair, London W1S 1AW
United Kingdom
Office: +442030023566
Mobile: +447397885557
www.emfi.uk

EMFI Group Limited is registered in England and Wales (United Kingdom), company number 11391808. This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipients. Any information contained herewith is not a solicitation, inducement or invitation to engage in investment activity or a recommendation to transact in any financial instruments. Any unauthorised disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited.


On 2020-05-04 23:47, Christian Rodriguez wrote:

> Yes I will take care of it
>
> Sent from my iPhone
>
>> On May 4, 2020, at 5:16 PM, Usman Sheikh <usman.sheikh@emfi.uk> wrote:
>>
>> Christian/Brandon,
>>
>> Since no product has been delivered, would you kindly arrange to return USD 1mm immediately.
>> Please find our bank details below. Thank you.
>>
>> Bank Name: The Royal Bank of Scotland
>> Bank Address: 62/63 Threadneedle Street, London, EC2R 8LA
>> Account Name: City Forex Limited
>> Address: 146 Leadenhall St, Lime Street, London EC3V 4QT
>> Sort Code: 15-20-25
>> Account Number: 00433741
>> BIC: RBOSGB2L
>> IBAN: GB79RBOS16630000433741
>> Reference Number*: EMFI - C48264
>>
>> *Please make sure to include EMFI - C48264 in the Reference field of your instructions.

RODRIGUEZ_000041

9/19/2020                                                     EMFI :: Re: EMFI - Return of Funds

Kind regards

<08fb1f11.png>

EMFI Group Limited
25-26 Dering Street
Mayfair, London W1S 1AW
United Kingdom
Office: +442030023566
Mobile: +447397885557
www.emfi.uk

EMFI Group Limited is registered in England and Wales (United Kingdom), company number 11391808. This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipients. Any information contained herewith is not a solicitation, inducement or invitation to engage in investment activity or a recommendation to transact in any financial instruments. Any unauthorised disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited.

-------- Original Message --------

**Subject:**Equals Payments Made Confirmation W42362653 EMFI Securities Ltd
   **Date:**2020-04-24 15:58
   **From:**confirmations@equalsmoney.com
      **To:**usman.sheikh@emfi.uk, confirmations@equalsmoney.com

## EQUALS

Your Foreign Exchange Contract

Status This order has been paid for and the beneficiaries paid (earliest arrival date 24 Apr 2020)

Summary

| | | | |
|---|---|---|---|
| Client Name | EMFI Securities Ltd | Our Sale | 1000000.00 USD |
| Contract Number | W42362653 | Cost To You | 1000000.00 USD |
| Transaction Date | 24 Apr 2020 | Exchange Rate | 1.00 |
| Value Date | **24 Apr 2020** | Transfer Fee | 0.00 USD |
| Payment Method | Funds Held | Total | 1000000.00 USD |
| Reference | Usman Amin Sheikh | | |

Paying Us
Payment received.
Thank you, we have debited these funds from your account.

Payment Instructions
As per your instructions and upon receipt of your funds we will make payment to the following beneficiaries on your behalf:

| | | | |
|---|---|---|---|
| Beneficiary | TX Private Wealth LLC | Amount | 1000000 USD |
| Bank | Bank of America | Account # or IBAN | 488078935075 |
| Swift or bank code | BOFAUS3N | Payment reference | EMFI Securities Ltd |

RODRIGUEZ_000042

Please advise us immediately if there are any discrepancies with the above information.



Terms and Conditions                                    Privacy                    Help

© 2020 Equals. Equals is a trading style of FairFX Plc, a company registered in England & Wales (No. 05539698) with registered Office at 3rd Floor, Vintners' Place, 68 Upper Thames Street, London, EC4V 3BJ. FairFX Plc is authorised and regulated by the Financial Conduct Authority to provide payment services (FCA No.488396) and by HMRC as a Money Service Business (12236741).

RODRIGUEZ_000043

# EXHIBIT B

---

| From: | lumech inc <info.lumech@gmail.com> |
|---|---|
| To: | Quarein Financial Department - Complent Group <quarein.bxl@complentgroup.com> |
| CC: | usman.sheikh@emfi.u <usman.sheikh@emfi.u>;Patrick Collier <collierp425@gmail.com>;Nico Messemaker <nico.m@complentgroup.com> |
| BCC: | bdavis@nlenergy.com |
| Sent: | 4/28/2020 8:14:27 AM |
| Subject: | Re: Flight Details |

Thanks Nico  just please keep in sta by the booked flights ; unfortunately this gentlemen still not after 10 days onorate the payment of the goods ; I gave them time till noon time EST TIME yesterday and nothing came in ; now no export request can be done till next Monday so first available flight eta is next Tuesday if they will pay goods within today ; I will keep you post and update;

Thanks
Marco

Il giorno 28 apr 2020, alle ore 7:52 AM, Quarein Financial Department - Complent Group ha scritto:

Dear Mr Usman

Please contact Mr Marco Allesandro from Lumech Inc. who has all the details you requested for.
You can contact him via email; info.lumech@gmail.com

Marco will assist you with all your questions.

Best regards

Abel
Quarein SPRL
Tel Office: +352 27867085

Office Portugal:
Beyond Constellation LDA
Rua Monte Redondo - Zona Industrial das Sabrosas
3700-778 Nogueira do Cravo - OAZ
Portugal

Offices Italy - Canada - Belgium - Luxembourg (HQ) - Portugal

IBC Resigum SPRL (Italy) - Mabic SPRL (Belgium) - Trio Metals & Minerals Inc (Canada) - Complent Global Management S.A. (Luxembourg) - Beyond Constellation LDA (Portugal)

Website: www.complentgroup.com

Confidentiality:

GSW-0000411

RODRIGUEZ_000012

This e-mail and any attachments are confidential and maybe privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium. The contents of any e-mail addressed to our clients and work performed by Complentgroup.com in general are subject to our terms of business, which may be viewed at complentgroup.com
Complent Global Management SA owns Complentgroup.com and is registered in Luxemburg:  Registre de Commerce:  B0107874


On 28 Apr 2020, at 12:32, COLLIER Patrick wrote:



---------- Forwarded message ---------
De : **Usman Sheikh** <usman.sheikh@emfi.uk>
Date: mar. 28 avr. 2020 à 12:01
Subject: Flight Details
To: <Collierp425@gmail.com>



Hi Patrick,

We are delivering COVID-19 masks from Turkey to Germany. The manufacturer is Lumech Inc and they have provided the attached flight invoice to us.

In order for us to arrange ground logistics at Frankfurt airport, we need the following information as soon as possible please:

1. Number of flights scheduled to deliver 1565 cbm volume.
2. Type of airplane (747, 777, etc)
3. Departure time from Istanbul
4. Arrival time in Frankfurt

Once we have the information above, our ground logistics in Frankfurt can arrange the required number of trucks etc.

Thank you very much and do not hesitate to contact me if you need further information please. Thank you.


Kind regards



EMFI Group Limited
25-26 Dering Street
Mayfair, London W1S 1AW
United Kingdom
Office: +442030023566
Mobile: +447397885557
www.emfi.uk

EMFI Group Limited is registered in England and Wales (United Kingdom), company number 11391808. This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipients. Any information contained herewith is not a solicitation, inducement or invitation to engage in investment activity or a recommendation to transact in any financial instruments. Any unauthorised disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited.


GSW-0000412

RODRIGUEZ_000013